Case 5:25-cr-00805   Document 23   Filed 05/28/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED
*May 28, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § CRIMINAL NO. | **L-25-CR- 805** |
| § | |
| **JAVIER ZAMORA** § | **DS** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about May 6, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAVIER ZAMORA,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I).

### COUNT TWO

On or about May 6, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAVIER ZAMORA,**

knowing and in reckless disregard of the fact that MARTIN RAMOS-PU, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage

and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT THREE

On or about May 6, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAVIER ZAMORA,**

did intentionally and forcibly assault, resist, oppose, impede, intimate, and interfere with, by causing offensive physical contact, any person designated in 18 U.S.C. § 1114, to wit: Michael Rambert, an agent of United States Homeland Security Investigations, while he was engaged in official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI,
UNITED STATES ATTORNEY

_/s/ Tae W. Chon_
Tae W. Chon,
Special Assistant United States Attorney

USA-74-24b  
(Rev. 6-1-71)

**CRIMINAL DOCKET** NO. __L-25-CR- 805__

**LAREDO DIVISION**

FILE: 25R05571  MAG#: 25-00838  
<u>INDICTMENT</u>  Filed: <u>May 28, 2025</u>

Judge: __**DS**__

                                                  ATTORNEYS:

UNITED STATES OF AMERICA

                                                  <u>NICHOLAS J. GANJEI, USA</u>

V.                                                    <u>Tae W. Chon, SAUSA</u>

**JAVIER ZAMORA**

**CHARGES:**

Count 1:    Conspiracy to transport an undocumented alien within the United States  
                   [8 USC § 1324(a)(1)(A)(ii) and (v)(I)]  
Count 2:    Transport and Attempt to transport an undocumented alien within the United States for financial gain  
                   [8 USC § 1324(a)(1)(A)(ii) and (a)(1)(B)(i)]  
Count 3:    Assaulting, resisting, or impeding federal officer or employee  
                   [18 U.S.C. § 111(a)(1)]

**TOTAL COUNTS: 3**

**PENALTY:**

Count 1-2:    0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release  
Count 3:      0 to 8 years and/or $250,000 Fine, $100 special assessment, not more than a three (3)-year term of supervised release